## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **WANDA COLE, RAYMOND GIBNEY, and ROSEMARY LAWRENCE, on behalf of themselves and all others similarly situated,** | : | **Civil Action No.: 05-3728(SRC)** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MERCK & CO., INC.,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of the Joint Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation and any response thereto, it is hereby ORDERED the Motion is GRANTED. All pretrial proceedings are hereby STAYED pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

 /s/ *John J. Hughes*
**JOHN J. HUGHES**
**UNITED STATES MAGISTRATE JUDGE**